

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, May 20, 2022

Mr. Terry B. Gamble
Law Office of Terry B. Gamble, PLLC
4408 Spicewood Springs Road
Austin, TX 78759-8504
* DELIVERED VIA E-MAIL *

Mr. Clinton W. Twaddell III
Branscomb, PLLC
1630 N Loop 1604
Suite 206
San Antonio, TX 78249
* DELIVERED VIA E-MAIL *

Mr. Gunnar P. Seaquist
Bickerstaff Heath Delgado Acosta LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, TX 78746-8023
* DELIVERED VIA E-MAIL *

RE:     Case Number:  21-0049
        Court of Appeals Number:  10-17-00180-CV
        Trial Court Number:  2017-1724-3

Style:  PAPE PARTNERS, LTD., GLENN R. PAPE AND KENNETH W. PAPE
        v.
        DRR FAMILY PROPERTIES LP

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:  Mr. Douglas G. Caroom (DELIVERED VIA E-MAIL)
Mr. James  D. Bradbury (DELIVERED VIA E-MAIL)
Mr. Joseph Davis (DELIVERED VIA E-MAIL)
Ms. Rhonda S. Jolley (DELIVERED VIA E-MAIL)
Mr. Ryan D. Greene (DELIVERED VIA E-MAIL)
Mr. Paul M. Terrill III (DELIVERED VIA E-MAIL)
Ms. Nita Whitener (DELIVERED VIA E-MAIL)
Ms. Kellie E. Billings-Ray (DELIVERED VIA E-MAIL)
Ms. Linda B. Secord (DELIVERED VIA E-MAIL)
District Clerk McLennan County (DELIVERED VIA E-MAIL)
Ms. Stacey Steinbach (DELIVERED VIA E-MAIL)
Ms. Susan  M.  Maxwell (DELIVERED VIA E-MAIL)
Ms. Courtney Cox Smith (DELIVERED VIA E-MAIL)